IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| BRANDON LAMONT DEBOSE, et al., Plaintiffs, v. NATIONSTAR MORTGAGE LLC., et al., Defendants. | Case No. 25-cv-03512-MMC **ORDER REMANDING ACTION; DIRECTIONS TO CLERK** |
|---|---|

As only a "defendant" can remove a civil action from state court to federal district court, see 28 U.S.C. § 1441(a), the instant action, which plaintiffs removed, is hereby REMANDED to the Superior Court of California, in and for the County of Alameda.

The Clerk of Court is DIRECTED to transmit a certified copy of this Order to the Superior Court, and the Superior Court may thereupon proceed with plaintiffs' case.

**IT IS SO ORDERED.**

Dated: August 15, 2025

MAXINE M. CHESNEY
United States District Judge